**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 540 S

**PATRICK AGIN, by and through his mother HEIDI FARRINGTON,**
**Plaintiff**

C.A. No.

**PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,**
**Defendants**

**PETITION FOR REMOVAL**

To: The United States District Court for the District of Rhode Island.

1. Defendants, Portsmouth School Committee; Sylvia Wedge, Michael Buddemeyer, E. Richard Carpenter, Jamie R.B. Heaney, Terri D. Contrivend, Douglas L. Wilkey, and Marjourie Levesque, in their capacities as members of the Portsmouth School Committee; and Robert Littlefield, in his capacity as Principal of Portsmouth High School, are Defendants in a Civil Action filed in Newport County Superior Court, C.A. No. NC 06-609. Certified copies of the record from the Newport County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a Complaint. Defendants' attorneys received a copy of said Complaint on December 12, 2006, along with the Plaintiff's Motion for Temporary Restraining Order and supporting Memorandum, and correspondence indicating that said Motion was scheduled for hearing on December 14, 2006. Said correspondence is attached hereto as Exhibit B.

3. That the above described action, as stated in Plaintiff's complaint, is one of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C.A. § 1331 and is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C.A. § 1441(a)-(d).

Respectfully submitted,
Defendants,
By Their Attorney,

Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 13, 2006

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 13, 2006

**CERTIFICATION**

I, the undersigned, hereby certify that on December 13, 2006 I sent a true copy of the within by regular mail to all of the parties below:

Thomas Connolly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903