**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PATRICK AGIN, by and through his mother HEIDI FARRINGTON,**
**Plaintiff**

**CA 06 540**

**C.A. No.**

**PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,**
**Defendants**

**AFFIDAVIT OF FILING PETITION FOR REMOVAL WITH CLERK OF NEWPORT COUNTY SUPERIOR COURT**

Vicki J. Bejma, Attorney for Defendants, herein on oath depose and say that I have caused a copy of Defendants' Petition for Removal of the above-captioned action to be filed with the Clerk of the Newport County Superior Court in accordance with the provisions of 28 U.S.C. § 1446(d) by hand delivering a copy of said Petition to the Clerk on this 13th day of December, 2006.

I further depose and say that I have given written notice of the filing of said petition to said parties by mailing thereof by the United States mail together with notice of said filing to:

Thomas Connolly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

on this 13th day of December, 2006.

Respectfully submitted,
Defendants,
By Their Attorney,

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 13, 2006

**CERTIFICATION**

I, the undersigned, hereby certify that on December 13, 2006 I sent a true copy of the within by regular mail to all of the parties below:

Thomas Connolly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Subscribed and sworn to before me this 13 day of December, 2006.

Notary Public
My Commission Expires: 1/2/07