STAT. F RHODE ISLAND AND PROVIDENCE PLAN TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2006-0609 PATRICK AGIN V PORTSMOUTH SCHOOL COMMITTEE

Filing Date: 12-11-2006
Case Status: UNASSIGNED

Case Type: INJUNCTIVE RELIEF
Status Date: 12-11-2006

Plaintiff: PATRICK AGIN
ID: @10878582
Plaintiff: HEIDI FARRINGTON
ID: @10878585

Attorney: THOMAS CONNOLLY

Defendant: SCHOOL COMMITTEE OF THE TOWN OF POF
ID: @10876518
Defendant: ROBERT LITTLEFIELD
ID: @10878592

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-11-2006 | COMPLAINT FILED | |
| 12-11-2006 | INITIAL FILING FEE | |
| 12-11-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN28135. |

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island



Exhibit A