**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICK AGIN, by and through his mother HEIDI FARRINGTON,** | : | |
| **Plaintiff** | : | |
| | : | **C.A. No. No. 06-540 S** |
| | : | |
| **PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,** | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance as attorney for the Defendants in the above-captioned matter..

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 13, 2006
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on December 14, 2006 I sent a true copy of the within by electronic filing to all of the parties below:

Thomas Connolly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Vicki J. Bejma