**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PATRICK AGIN, by and through his mother HEIDI FARRINGTON,** Plaintiff | |
| . | **C.A. No. 06-540 S** |
| **PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,** Defendants | |

**AFFIDAVIT OF ROBERT LITTLEFIELD**

I, Robert Littlefield, under the pains and penalties of perjury, depose and say as follows:

1. I am the principal of Portsmouth High School, and have served in that capacity since 1998.

2. The Portsmouth High School yearbook, The Legend, is produced in the context of an academic course, Principles of Publishing. Students receive credit towards graduation for taking the Principles of Publishing course. The course meets during regular school hours. A certified teacher provides instruction. Only students enrolled in Principles of Publishing are on the yearbook staff.

3. The goals of the Principles of Publishing is to teach students about the publishing industry from the technical, artistic, and industrial point of view.

4. Students produce the yearbook as a class project for which they receive a grade. Students are given specific tasks, such as editor-in-chief, editors of specific sections of the yearbook, and staff members.

5. Content of the yearbook is initially decided by the editorial staff. The teacher of the class may override the student editor's decisions on content. On information and belief, the teacher of the class has chosen to reject student submissions for content deemed inconsistent with the school's mission. For example, the teacher has rejected proposed senior pictures in which students wore t-shirts containing profanity or advertisements for alcohol.

EXHIBIT A

6. On other occasions, the teacher of the class has approached me to ask my opinion regarding the appropriateness of student submissions. On some occasions, these questions regarding the appropriateness of student submissions involved quotes. On two occasions, these questions regarding appropriateness of content involved pictures of weapons. On one occasion, the student's proposed senior picture depicted her was carrying a marksman rifle, and on the other, a student was dressed as a Civil War uniform, complete with a rifle. I considered these inappropriate for the senior portrait section.

7. The yearbook traditionally has a formal portrait section, which normally consists of a head shot.

8. The yearbook also has an advertisement section. This section is less formal than the portrait section. It can consist of commercial advertisements. However, it also contains less formal pictures, such as baby pictures, or pictures of students in amusing or comical settings. Students and/or their parents pay for these pictures to be published. It is also not understood to be the centerpiece of the book, as is the portrait section.

9. On or about the middle of October, the teacher of Principles of Publishing, Kevin Reilly, and the student editors of the yearbook, approached me regarding Patrick Agin's proposed yearbook picture.

10. Said yearbook picture depicted Patrick Agin dressed as a knight, carrying a sword.

11. Mr. Reilly asked me my opinion as to whether this photograph was appropriate.

12. Mr. Reilly told me that the student editors indicated that they believed that the photograph was inappropriate due to the presence of the weapon.

13. I agreed that the photograph was inappropriate for the formal portrait section because of the weapon.

14. The published policy of the High School is a "zero-tolerance" policy for weapons, including replicas thereof. The published policy of the High School also permits the regulation of dress deemed disruptive.

15. On information and belief, Mr. Reilly communicated with Patrick Agin, indicating that his proposed picture was inappropriate for the portrait section.

16. On or about the end of October, Patrick Agin approached me regarding his picture. I indicated that there was a problem with the presence of the weapon, but indicated that I believed that Mr. Reilly might be able to edit the picture.

17. On or about November 27, 2006, Patrick Agin's mother, Heidi Farrington, approached me regarding Patrick's picture. She indicated that we were not to use the edited photo, but use the original photo. She also asked me to overturn the decisions of the editor and

Mr. Reilly. I refused.

18. Later on the afternoon of November 27, 2006, I received a visit from Leilani Cardoza, who allegedly took the photograph that Patrick desired to have published in his yearbook. Ms. Cardoza asked me to overturn the decisions of the editor and Mr. Reilly. She also indicated that if I were to edit her picture without her permission, she would take legal action.

19. Later that day, Ms. Farrington returned to the high school and again demanded that I change my mind. She also asked me for a written response. I gave her a written response. Said response indicated that she had rejected the offer to alter the photograph, and therefore requested a more appropriate photograph.

20. There is currently a publisher's deadline of December 18, 2006. However, I have contacted the publisher, who has offered the attached options for amending the yearbook to include Patrick's desired picture at a later date. The School Department is prepared to absorb the costs of such amendment.

SIGNED OF MY OWN FREE WILL UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14th DAY OF December AT Portsmouth R.I.

Robert Littlefield

Subscribed and sworn to before me this 14th day of December, 2006.

NOTARY PUBLIC
My commission expires: 4/08

# Portsmouth High School

**Robert E. Littlefield, Principal**
**120 Education Lane Portsmouth, RI 02871**

**Community Achievement Respect Excellence Success**

To: Susan Lusi, Superintendent
Date: December 13, 2006
Re: Yearbook Deadlines

After calling Dallas, Topeka, State College and East Greenwich I was finally able to get some information regarding delays in the yearbook.

This information comes to us from Norval Garnett, our sales representative from Jostens Inc.

If we miss our deadline of December 18 for the first 32 pages of the yearbook we would either:

1. Pay a penalty of between $500 and $1000 per week or;
2. Delay the final shipping date of the book to the next shipping date which is after graduation.

If our yearbook staff had 32 other pages ready for production they could submit those but that is just not the case.

We could send the pages in now without P.A.'s photo and make changes in it later. This will incur a penalty of $3800 to print a block of 16 pages all over again (they only print pages in blocks of 16)

We could submit the pages with a blank space where PA's picture would be and have the yearbook company produce a "correction sticker" to be pasted over the blank space. It would always appear as a correction but the cost is only about $500.

Our fourth deadline is February 26th and a final deadline is March 26th.

Robert E. Littlefield
Principal