VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803

VETTER & WHITE

December 11, 2006

Stephen M. Robinson
The Law Offices of Stephen
M. Robinson
Attorney for Portsmouth
School Committee
155 South Main St.
Providence, R.I. 02903

RE: Patrick Agin and the Portsmouth High School Yearbook

Dear Steve:

As you know from our telephone conversation I am filing a verified complaint and a motion for a temporary restraining order in Newport Superior Court today, seeking to enjoin your clients the Portsmouth School Committee, its members in their official capacity, and Portsmouth High School Principal, from having the yearbook printed on December 18, 2006.

Thank you for agreeing to waive service on the verified complaint and the motion for a temporary restraining order. As I mentioned in my December 6, 2006, fax, I intend to request a hearing date for Thursday, December 14, 2006, which date you said was workable. I do not know what time would be preferable for you. As such, I will request to be scheduled at whatever time Thursday is most convenient for Judge Thundberg.

EXHIBIT B

Thank you for your time and your gracious invitation to tomorrow's Portsmouth School Committee. Unfortunately, I don't believe it would be appropriate to accept the invitation because of the pending matter.

Thank you.

Very truly yours,

Tom Connolly
Vetter & White
20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803

Transmitted via fax
and hand delivered