VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803

VETTER & WHITE

December 12, 2006

Stephen M. Robinson
The Law Offices of Stephen
M. Robinson
Attorney for Portsmouth
School Committee
155 South Main St.
Providence, R.I. 02903

RE: Patrick Agin and the Portsmouth High School Yearbook

Dear Steve:

I filed late yesterday afternoon and have been given a hearing date of Thursday, December 14, 2006, at 10:30 a.m. I hope this is convenient.

I am sorry I missed you last night. I was not able to get to your office until after business hours and there was no one there to receive the documents when I arrived. The verified complaint and the motion for a temporary restraining order and its memorandum are attached hereto.

Also, if you are unable to accept service I intend to have the School Committee and Principal Littlefield served tonight at the School Committee meeting.

Thank you.

Very truly yours,

Tom Connolly
Vetter & White
20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803

Transmitted via fax
and hand delivered

EXHIBIT C