UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICK AGIN, by and through his mother HEIDI FARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,<br><br>Defendants. | C.A. No. 06-540S |

**SCHEDULING ORDER**

This matter came before the Court on the motion of Patrick Agin ("Plaintiff"), by and through his mother Heidi Farrington, for a temporary restraining order to restrain the printing of the Portsmouth High School yearbook. Portsmouth School Committee et alia ("Defendants") have objected. During conference, Defendants represented that the deadline for publication was February 28, 2007, not the much earlier date Plaintiff originally thought.

Based on this representation, Plaintiff agreed to withdraw his motion.

Still pending is Plaintiff's motion for preliminary injunction. The Court and the parties anticipate resolving this matter on an expedited basis on cross-motions for summary judgment. So as not to involve unnecessarily the federal judiciary in this dispute, Plaintiff has volunteered to bring this matter before the State Commissioner of Elementary and Secondary Education (the "Commissioner"), and Defendants have agreed to stipulate to the December 12, 2006 decision of the Portsmouth School Committee. In bringing this matter before the Commissioner, Plaintiff does not waive (nor does the Court in any way relinquish) the jurisdiction of this Court over this case. Because of the expedited nature of this case, however, the Court encourages the Commissioner to decide the appeal no later than January 19, 2007.

It is ordered that:

(1) As soon as is practical, Plaintiff shall file an appeal, pursuant to R.I. Gen. Laws § 16-39-2, to the Commissioner to examine the December 12, 2006 decision of the Portsmouth School Committee related to this action;

(2) On or before **January 5, 2007**, the parties shall file their joint stipulation of facts along with exhibits;

(3) To the extent that the parties cannot agree to a full-set of stipulations, the parties shall notify the Court on or before **January 5, 2007**, of the need for a hearing to resolve any factual disputes; if a hearing is needed, the Court will schedule one on an expedited basis;

(4) On or before **January 22, 2007**, the parties concurrently shall file cross-motions for summary judgment and supporting memoranda.

IT IS SO ORDERED.

/s/William E. Smith
William E. Smith
United States District Judge

Date: December 15, 2006