**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PATRICK AGIN, by and through his mother HEIDI FARRINGTON,<br>Plaintiff<br>v.<br>PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,<br>Defendants | C.A. No. 06-0540/S |

**ENTRY OF APPEARANCE**

Catherine A. Shaghalian, Esq., of Vetter & White enters her appearance on behalf of Patrick Agin, by and through his mother, plaintiff Heidi Farrington.

/s/ Catherine A. Shaghalian
Catherine A. Shaghalian (6883)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
cshaghalian@vetterandwhite.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Entry of Appearance on December 20, 2006. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Stephen M. Robinson, Esq.
Vicky Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Providence, R.I. 02903

/s/ Catherine A. Shaghalian