**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICK AGIN, by and through his mother** | **:** | |
| **HEIDI FARRINGTON,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | **C.A. No. No. 06-540 S** |
| | **:** | |
| **PORTSMOUTH SCHOOL COMMITTEE,** | **:** | |
| **SYLVIA WEDGE, MICHAEL BUDDEMEYER,** | | **:** |
| **E. RICHARD CARPENTER, JAMIE R.B. HEANEY,** | **:** | |
| **TERRI D. CONTRIVEND, DOUGLAS L. WILKEY,** | **:** | |
| **MARJOURIE LEVESQUE, in their capacities as** | **:** | |
| **members of the Portsmouth School Committee, and** | **:** | |
| **ROBERT LITTLEFIELD, in his capacity as Principal** | **:** | |
| **of Portsmouth High School,** | **:** | |
| **Defendants** | **:** | |

**ANSWER**

**ANSWER OF DEFENDANTS**

Now come the Defendants and answer the Plaintiff's Complaint.

**FIRST DEFENSE**

**I. Parties**

1. Admitted.

2. Insofar as the averments contained in Paragraph 2 contain legal conclusions rather than factual allegations, said averments are neither admitted nor denied, and therefore are effectively denied.

3. Admitted insofar as it is alleged that Sylvia Wedge, Michael Buddemeyer, E. Richard Carpenter, Jamie R.B. Heaney, Terri D. Contrivend, Douglas L. Wilkey, and Marjourie Levesque are current members of the Portsmouth School Committee. Insofar as the remainder of the allegations contained in Paragraph 3 are statements regarding the capacity in which the Defendants are sued, no response to the averments is required, and none is given.

4. Admitted insofar as it is alleged that Defendant Robert Littlefield is the Principal of Portsmouth High School. Insofar as the remainder of the allegations contained in Paragraph 4 are statements regarding the capacity in which the Defendants are sued, no response to the averments is required, and none is given.

## II. Jurisdiction and Venue

5. Insofar as Paragraph 5 states the nature of relief sought and the grounds upon which said relief is sought, no response to the averments is required, and none is given. Insofar as Paragraph 5 can be said to make factual allegations, said allegations are denied.

6. Admitted insofar as it is alleged that the actions complained of took place in Newport County. Insofar as the remaining allegations contain legal conclusions about the appropriateness of venue in the Newport County Superior Court, said averments are neither admitted nor denied, and therefore are effectively denied.

## III. Background Facts

### A. Patrick's Submission of a Photograph to the School's Yearbook

7. Admitted.

8. Defendants are without sufficient facts to admit or deny the allegations contained in Paragraph 8, which are effectively denied.

9. Defendants are without sufficient facts to admit or deny the allegations contained in Paragraph 9, which are effectively denied.

10. Defendants are without sufficient facts to admit or deny the allegations contained in Paragraph 10, which are effectively denied.

11. Defendants are without sufficient facts to admit or deny the allegations contained in Paragraph 11, which are effectively denied.

12. The allegations contained in Paragraph 12 are admitted insofar as it is alleged that Patrick met with Principal Littlefield. The remaining allegations are denied.

**B. The Policies and Practices Governing Submissions to the Yearbook**

13. Admitted.

14. Denied.

15. Admitted.

16. Denied.

**C. The School's Weapons Policy is Inapplicable**

17. Admitted only insofar as the quote from the policy is correct. Insofar as the allegations contained in Paragraph 17 constitute an interpretation of the policy rather than factual allegation, Defendants neither admit nor deny.

18. Insofar as the allegations contained in Paragraph 18 constitute an interpretation of the policy rather than factual allegation, Defendants neither admit nor deny.

19. Insofar as the allegations contained in Paragraph 19 constitute an interpretation of the policy rather than factual allegation, Defendants neither admit nor deny.

20. Admitted only insofar as the quote from the policy is correct.

21. Insofar as the allegations contained in Paragraph 21 constitute an interpretation of the policy rather than factual allegation, Defendants neither admit nor deny.

22. Admitted only insofar as the quote from the policy is correct. Insofar as the allegations contained in Paragraph 22 constitute an interpretation of the policy rather than factual allegation, Defendants neither admit nor deny.

23. Admitted only insofar as the quote from the policy is correct. Insofar as the allegations contained in Paragraph 23 constitute an interpretation of the policy rather than factual allegation, Defendants neither admit nor deny.

**D. <u>The School Has Not Enforced the Weapons Policy in the Past as it Does Now</u>**

24. Denied.

25. Denied.

26. Admitted.

27. Admitted.

28. Denied.

## IV. Operative Facts

29. Defendants are without sufficient facts to admit or deny the allegations contained in Paragraph 29, which are effectively denied.

30. Admitted.

31. Denied.

32. Denied.

33. Admitted.

34. Admitted.

35. Admitted insofar as Principal Littlefield sent correspondence to Ms. Farrington regarding the photograph. Insofar as the remaining allegations contained in Paragraph 35 constitute an interpretation of the letter rather than factual allegation, Defendants neither admit nor deny.

36. Admitted only insofar as the quote from the letter is correct. Insofar as the allegations contained in Paragraph 36 constitute an interpretation of the letter rather than factual allegation, Defendants neither admit nor deny.

37. Admitted.

38. Defendants are without sufficient facts to admit or deny the allegations contained in Paragraph 38, which are effectively denied.

39. Denied.

40. Denied.

41. Denied.

**COUNT I**

**§ 1983 VIOLATIONS**

42. The Defendants incorporate their responses to Paragraphs 1-41, above.

43. Insofar as Paragraph 43 contains a recitation of the provisions of 42 U.S.C. § 1983 rather than factual allegations, the averments contained therein are neither admitted nor denied.

44. Insofar as the allegations contained in Paragraph 44 constitute a legal conclusion rather than factual allegations, Defendants neither admit nor deny. Insofar as Paragraph 44 can be said to make factual allegations, said allegations are denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

**COUNT II**
**STATE CONSTITUTIONAL VIOLATIONS**

52. The Defendants incorporate their responses to Paragraphs 1-51, above.

53. Denied.

**COUNT III**
**DECLARATORY JUDGMENT**

54. The Defendants incorporate their responses to Paragraphs 1-54, above.

55. Denied.

## SECOND DEFENSE

### AFFIRMATIVE DEFENSES

1. The Plaintiff has failed to exhaust his administrative remedies.

2. The Plaintiff has failed to state a claim upon which relief may be granted.

3. Defendants plead the affirmative defense of absolute and/or qualified immunity.

4. Defendants plead the public duty doctrine as a bar to the within complaint.

5. Defendant plead all forms of Constitutional, statutory and common law immunity as a bar to the within complaint.

6. Plaintiff has failed to join necessary and/or indispensable parties.

7. Defendants plead the affirmative defense of laches.

8. Plaintiff has failed to comply with the notice and presentment requirements of R.I.G.L. § 45-15-5.

Respectfully submitted,
Defendants,
By Their Attorneys,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 29, 2006
srobinson@smrobinsonlaw.com

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(fax) 331-7888
December 29, 2006
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on December 29, 2006 I sent a true copy of the within by electronic filing to all of the parties below:

Thomas Connolly, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Vicki J. Bejma