**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICK AGIN, by and through his mother HEIDI FARRINGTON,** | : | |
| **Plaintiff** | : | |
| | : | **C.A. No. 06-540 S** |
| | : | |
| **PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,** | : | |
| **Defendants** | : | |

## STIPULATED FACTS

1. Patrick Agin, a minor, is a student at Portsmouth High School in his senior year. This civil action is brought on his behalf by and through his mother and natural guardian Heidi Farrington, plaintiff. Both Patrick and his mother are residents of 62 Alan Avenue, Town of Portsmouth, R.I., 02871.

2. Defendant Robert Littlefield is the principal of Portsmouth High School, and has served in that capacity since 1998.

3. Sylvia Wedge, Michael Buddemeyer, E. Richard Carpenter, Jamie R.B. Heaney, Terri D. Contrivend, Douglas L. Wilkey, Marjourie Levesque are current members of the Portsmouth School Committee.

4. The School invites seniors, such as Patrick, to submit senior portrait photographs, friends' pictures, baby pictures, "blurbs" and "remember when's" for inclusion in the School's yearbook.

5. In September 2006, in response to Portsmouth High School's (the "School") invitation for submission of senior portrait photographs for inclusion in the School's yearbook, Patrick submitted a photograph of himself. A true and accurate copy of the photograph is attached as Exhibit 1.

6. The School's text books contain representations, historical and otherwise, which have illustrations and photographs that depict weapons, including guns and swords.

7. On or about November 27, 2006, Patrick's mother, Ms. Farrington, conferred with Principal Littlefield.

8. Principal Littlefield informed Ms. Farrington that he would permit a digitally altered photograph of Patrick in which the sword had been deleted. At a second meeting later that day, Principal Littlefield produced such a photograph, which showed only Patrick's head.

9. Later on November 27, 2006, Ms. Farrington returned to the high school and asked that Principal Littlefield reconsider. Ms. Farrington also asked Principal Littlefield for a written response.

10. Both Patrick and Ms. Farrington declined to assent to the alteration of the photograph and urged Principal Littlefield to reconsider his decision.

11. Subsequently, Principal Littlefield stated that, while he would not allow the photograph in the senior portrait section of the yearbook, he would permit the photograph to be included in the yearbook in the advertising section if Ms. Farrington purchased an advertisement.

12. Students receive credit towards graduation for taking the Principles of Publishing course.

13. The Principles of Publishing course meets during regular school hours.

14. A certified teacher provides instruction to the students enrolled in Principles of Publishing.

15. The yearbook staff picture has been placed in the clubs section of the yearbook every year since the time the Principles of Publishing class was created in 2002.

16. Mr. Reilly is the current teacher of the Principles of Publishing class.

17. The teacher of the Principles of Publishing class is paid through his/her salary for his/her work in that class.

18. Both Patrick and his mother, Heidi Farrington are residents of 62 Alan Avenue, Town of Portsmouth, R.I., 02871.

19. The Portsmouth School Committee is a municipal body operating and organized under the laws of Rhode Island and invested by R.I.G.L. § 16-2-9 with the power to control and manage Portsmouth Public High School and the responsibility to assure the implementation of the laws of the United States and of the State of Rhode Island in the exercise of that power.

20. Robert Littlefield is the Principal of Portsmouth High School.

21. The actions complained of in the complaint took place in Newport County Rhode Island.

22. The School invites seniors, such as Patrick, to submit senior portrait photographs, friends' pictures, baby pictures, "blurbs" and "remember when's" for inclusion in the School's yearbook.

23. Until February 28, 2007, the yearbook may be altered to include Patrick's photograph.

24. The School has agreed to make such alteration and pay any associated cost of alteration if Patrick is found to have a legal right to have Exhibit 1 included in the senior portrait section of the yearbook.

25. The School's text books contain representations, historical and otherwise, which have illustrations and photographs that depict weapons, including guns and swords.

26. Principal Littlefield has final authority to reject content of the yearbook.

27. On November 27, 2006, Patrick's mother, Ms. Farrington, conferred with Principal Littlefield.

28. At the November 27, 2006 conference, Principal Littlefield stated to Ms. Farrington that he would permit a digitally altered photograph of Patrick in which the sword had been deleted.

29. On November 27, 2006, Principal Littlefield produced such a photograph, which showed only Patrick's head to Ms. Farrington.

30. Patrick and Ms. Farrington did not agree to the alteration of the photograph.

31. Patrick and Ms. Farrington asked Principal Littlefield to reconsider his decision.

Respectfully submitted,

**Plaintiff.**

By its counsel,

/s/ Thomas Connolly
Thomas Connolly (No. 7497)

George E. Lieberman (No. 3060)
Catherine Shaghalian (No. 6883)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)
tconnolly@vetterandwhite.com

**Defendants.**

By their counsel,

/s/ Vicki Bejma
Vicki Bejma (No. 6498)
The Law Offices of Stephen M. Robinson
155 South Main St.
Providence, R.I. 02903
(401) 331-5283
vbejma@smrobinsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Stipulation of Facts and was electronically filed on January 5, 2007, and is available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Vicki Bejma (for defendants)

/s/ Thomas Connolly