UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICK AGIN, by and through his mother HEIDI FARRINGTON, PLAINTIFF, | ) | |
| vs. | ) | C.A. No. 06-540S |
| PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School, DEFENDANTS. | ) | |

**STATEMENT OF PLAINTIFF**
**REGARDING STIPULATION OF FACTS**

Plaintiff attempted to work with defendants to achieve a comprehensive and complete stipulation of facts, but was unable to do so. Accordingly, plaintiff has agreed to a stipulation of facts concerning those facts to which the parties could agree, but that stipulation of facts, today being filed, is not complete.

Respectfully submitted,

**Plaintiff.**

By its counsel,

/s/ Thomas Connolly
Thomas Connolly (No. 7497)
George E. Lieberman (No. 3060)
Catherine Shaghalian (No. 6883)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

(401) 421-3060
(401) 272-6803 (fax)
tconnolly@vetterandwhite.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Statement was electronically filed on January 5, 2007, and is available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Vicki Bejma (for defendants)

/s/ Thomas Connolly