**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICK AGIN, by and through his mother HEIDI FARRINGTON,** **Plaintiff,** | : | |
| **v.** | : | **C.A. No. No. 06-540 S** |
| **PORTSMOUTH SCHOOL COMMITTEE, SYLVIA WEDGE, MICHAEL BUDDEMEYER, E. RICHARD CARPENTER, JAMIE R.B. HEANEY, TERRI D. CONTRIVEND, DOUGLAS L. WILKEY, MARJOURIE LEVESQUE, in their capacities as members of the Portsmouth School Committee, and ROBERT LITTLEFIELD, in his capacity as Principal of Portsmouth High School,** **Defendants.** | : | |

**STIPULATION OF DISMISSAL**

Pursuant to and based upon the Mutual Release and Settlement Agreement, hereto attached as Exhibit 1, it is hereby stipulated and agreed by the parties that this civil action shall be dismissed with prejudice, no fees or costs.

Attorney for Plaintiff,

/s/ Thomas Connolly
Thomas Connolly #7497
Vetter & White
Rhode Island Affiliate,
American Civil Liberties Union
20 Washington Place
Providence, RI 02903
(401) 421-3060
(fax) 272-6803
tconnolly@vetterandwhite.com

Attorney for Defendants,

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
vbejma@smrobinsonlaw.com

Approved:

______________________________

**CERTIFICATE OF SERVICE**

I hereby certify that this Stipulation of Dismissal was electronically filed on January 30, 2007, and is available for viewing and downloading on the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means:

Vicki J. Bejma (for defendants)

/s/ Thomas Connolly